Argued at Pendleton, October 29; affirmed December 17, 1929; rehearing denied January 7, 1930

ALBERT T. DAISLEY, ADMINISTRATOR, *v.* S. E. HAMBELTON ET AL.

(282 Pac. 1086)

508

For appellant there was a brief and oral argument by *Mr. George W. Cherry.*

For respondent there was a brief and oral argument by *Mr. J. A. Burleigh.*

ROSSMAN, J. We believe that the opening paragraph of the decision in *Malagamba v. McLean,* 89 Or. 307 (173 P. 1175), is sufficient to determine this suit adversely to the plaintiff; we quote:

"This suit is based upon the theory that the real property of an estate is not subject to execution upon a judgment against the heir, until after final distribution of the estate; but such a conclusion is clearly erroneous."

If any further authorities are required to warrant an affirmance of the result below the following ought to suffice: Freeman on Executions (3d ed.), § 183; 17 R. C. L., Levy and Seizure, § 64, p. 164; 18 C. J., Descent and Distribution, § 333; 23 C. J., Executions, § 66. The decree of the lower court is affirmed.

AFFIRMED. REHEARING DENIED.